IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-AP-213

GLENDA G. RETALIA-WILSON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
Thomas A. Feldman, Esq.
1120 Lincoln Street, Suite 1607
Denver, CO  80203

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0812
(303) 844-0770 (Facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: February 7, 2005

    B.    Date Complaint Was Served on U.S. Attorney's Office: February 11, 2005

    C.    Date Answer and Administrative Record Were Filed: April 12, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties believe the record is complete only with the addition of thirty-four (34) pages submitted to the Court on June 9, 2005. These documents were previously timely submitted to the Appeals Council.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff will submit an unopposed motion to supplement the record with additional evidence described in number 4, above.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties agree that this case does not involve any unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

The parties raise no other matters that should be brought to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    Plaintiff's Opening Brief Due: July 29, 2005

    B.    Defendant's Response Brief Due: August 29, 2005

    C.    Plaintiff's Reply Brief (If Any) Due: September 8, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

   A.   **Plaintiff's Statement:** Plaintiff requests oral argument. Evaluation of mental illness cases such as this one tends to be particularly fact-sensitive. Oral argument provides a useful opportunity to analyze those facts.

   B.   **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

   A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 27 day of June, 2005.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE

APPROVED:

- 3 -

*[signature]*
Thomas A. Feldman, Esq.
1120 Lincoln Street, Suite 1607
Denver, CO 80203
tfeldman@qwest.net
Telephone: (720)917-1300
Facsimile: (303) 861-9214

**Attorney for Plaintiff**

UNITED STATES ATTORNEY

*[signature]*
By: Michele M. Kelley
Special Assistant U.S. Attorney
michele.kelley@ssa.gov

Mailing Address:
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0812
Facsimile: (303) 844-0770

Street Address:
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

**Attorney for Defendant**

- 4 -